[No. 69009-4-I.   Division One.   March 3, 2014.]

HAFID TAHRAOUI, *Appellant*, v. PAN ABODE HOMES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-33919-0, Christopher A. Washington, J., entered April 13, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Appelwick, J.

[No. 69101-5-I.   Division One.   March 3, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHERYL RENEE LIDEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-02308-5, Mary I. Yu, J., entered July 20, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Dwyer, J.

[No. 69115-5-I.   Division One.   March 3, 2014.]

REBECCA LaMONTE, *Appellant*, v. SHERMAN COOK ET AL., *Defendants*, RICHARD WESTERFIELD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-06015-7, Dean Scott Lum, J., entered June 27, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Lau and Verellen, JJ.

[No. 69204-6-I.   Division One.   March 3, 2014.]

U.S. BANK NATIONAL ASSOCIATION, *as Trustee, Respondent*, v. BARBARA C. YOUNG ET AL., *Defendants*, KEVIN M. YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-16087-2, Jim Rogers, J., entered June 22, 2012. *Dismissed* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Becker, J.